IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: ASBESTOS PRODUCTS LIABILITY LITIGATION (NO. VI) | )<br>)<br>) MDL 875 |
| This Document Relates to United States District Court for Maryland<br><br>(See Attachment A) | )<br>)<br>)<br>) 89-562<br>)<br>)<br>) |

AND NOW, this *11th* day of *August*, 2000, FIBREBOARD CORPORATION is hereby dismissed with prejudice in the cases on the attached list, which cases have been resolved.

By the Court:

Dated: 8/11/00

Charles R. Weiner